FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 MAR 18 PM 5:02
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERARDO GREGORY,<br>RYAN MERCER<br><br>Defendants. | **SEALED**<br><br>4:26CR 3030<br><br>INDICTMENT<br><br>21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1), (b)(1)(A)<br>21 U.S.C. § 851 |

The Grand Jury charges that

COUNT I

Beginning on an unknown date, but from at least on or about October 1, 2024 and continuing through on or about July 24, 2025, in the District of Nebraska and elsewhere, the defendants, GERARDO GREGORY and RYAN MERCER, knowingly and intentionally combined, conspired, confederated and agreed with each other and other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Before RYAN MERCER committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction in violation of Nebraska Revised Statute § 28-416(a)(1) and (a)(2) for Manufacturing, Distributing, or Possessing with Intent to Distribute: Methamphetamine in the District of Court of Douglas County, Nebraska in case number CR19 0000930 for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of

the commencement of the instant offense. In violation of Title 21, United States Code, Section 851.

COUNT II

On or about July 24, 2025, in the District of Nebraska, Defendant GERARDO GREGORY did knowingly and intentionally possess with intent to distribute 50 grams or more of actual methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

COUNT III

On or about July 24, 2025, in the District of Nebraska, Defendant RYAN MERCER did knowingly and intentionally possess with intent to distribute 50 grams or more of actual methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

Before RYAN MERCER committed the offense charged in this Count, he had a final conviction for a serious drug felony, namely, a conviction in violation of Nebraska Revised Statute § 28-416(a)(1) and (a)(2) for Manufacturing, Distributing, or Possessing with Intent to Distribute: Methamphetamine in the District of Court of Douglas County, Nebraska in case number CR19 0000930 for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A) and 851.

A TRUE BILL.

______________________________

FOREPERSON

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 MAR 18 PM 5:02
OFFICE OF THE CLERK

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

#26100

for Danielle Fliam #25658
Assistant United States Attorney