d

# Memorandum

| Subject | Date |
| --- | --- |
| UNSEALING<br><br>U.S. v. GERARDO GREGORY and RYAN MERCER,<br>4:26CR3030 | JULY 16, 2026 |
| **To** | **From** |
| CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEBRASKA | AUSA SARA E. FULLERTON |

Be advised that the above-named Defendant is now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment and any underlying Magistrate Case

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**